AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

THOMPSON PRODUCTS, INC., a Delware corporation,

**SUMMONS IN A CIVIL CASE**

v.

GLENN THOMPSON and THOMPSON ENTERPRISES, INC.

CASE NUMBER: 05 - 11810 RGS

TO: (Name and address of Defendant)

THOMPSON ENTERPRISES, INC., by serving its registered agent:
Glenn Thompson
330 Rumstick Road
Barrington, RI 02806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew D. Kang
Terence P. McCourt
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
617-310-6000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 0 2 2005

CLERK                                                              DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 05-11810 RGS

Plaintiff:
**THOMPSON PRODUCTS INC. a Delaware corporation**

vs.

Defendant:
**GLENN THOMPSON and THOMPSON ENTERPRISES INC.**

For:
Andrew D. King
GREENBERG TRAUIG
One International Place
Boston, MA 02110

Received by HUGHES LEGAL SUPPORT to be served on **THOMPSON ENTERPRISES INC c/o GLENN THOMPSON, 330 Rumstick Road, Barrington, RI 02806.**

I, Paul G. Hughes, being duly sworn, depose and say that on the **12th day of September, 2005** at **2:41 pm**, I:

SERVED the within named corporation by delivering a true copy of the **Summons In A Civil Case and Complaint** with the date and hour endorsed thereon by me to Corrine Thompson for GLENN THOMPSON as REGISTERED AGENT.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6, Weight: 130, Hair: Brown, Glasses: N

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Paul G. Hughes
Rhode Island Constable #40

Before me on the 14th day of September, 2005 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

HUGHES LEGAL SUPPORT
P.O. Box 20617
Cranston, RI 02920
(401) 944-8980

Our Job Serial Number: 2005005077

SHANNON MACLEOD
Notary Public ID # 51846
State of Rhode Island - Providence Plantations
My Commission Expires July 24, 2007

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i