UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC., ) <br> a Delaware corporation, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLENN THOMPSON and ) <br> THOMPSON ENTERPRISES, INC., ) <br> Defendants. ) <br> ) | C.A. No. 05-11810-RGS |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

Defendants Glenn Thompson and Splash Creations, Inc. (f/k/a Thompson Enterprises, Inc.) hereby move to extend the time within which they may file their opposition to Plaintiff Thompson Products, Inc.'s ("TPI") Motion to Dismiss Defendants' Counterclaim, from November 16, 2005 through and including Wednesday, November 30, 2005.

As grounds for this motion, Defendants state that the additional time is necessary because defendants' lead counsel, Matthew F. Medeiros, will be out of state on a personal trip and therefore will be unavailable from November 10, 2005 through November 22, 2005. Attached to this motion is a copy of United States District Court Judge Ernest C. Torres' August 26, 2005 Order granting Mr. Medeiros' Petition for Excusal from proceedings in the United States District Court for the District of Rhode Island for the same period of time.

Counsel for TPI has assented to this Motion to Extend Time.

Respectfully submitted,

GLENN THOMPSON AND THOMPSON ENTERPRISES, INC.

By their attorneys,

---
Matthew F. Medeiros (BBO #544915)
LITTLE MEDEIROS KINDER BULMAN
& WHITNEY, PC
72 Pine Street
Providence, RI 02903
Tel:  (401) 272-8080
Fax:  (401) 272-8195

/s/ Michael L. Chinitz
---
Michael L. Chinitz (BBO # 552915)
Lisa A. Tenerowicz (BBO# 654188)
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA 02116
Tel:  (617) 536-0040
Fax:  (617) 536-4400

DATED:  November 9, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I hereby certify that on November 8, 2005, I contacted plaintiff's counsel, Andrew D. Kang, in an effort to resolve or limit the issues presented by this motion and Mr. Kang gave me his assent to this motion.

/s/ Lisa A. Tenerowicz
Lisa A. Tenerowicz

So Ordered:

_____
Richard G. Stearns
United States District Judge
Entered:

*home*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE:     **MATTHEW F. MEDEIROS**

### PETITION FOR EXCUSAL

Now comes Matthew F. Medeiros, Attorney, of the City of Providence, State of Rhode Island, and petitions this Court for permission to be excused from attendance for the dates of November 10, 2005 through November 22, 2005. For grounds, Petitioner states that he will be out of state on personal travel or on vacation.

Petitioner has the following cases presently pending, in which no hearings have been scheduled for any of the periods indicated:

A.T. Cross Securities Litigation - C. A. No. 00203 ML

Central Tools, Inc. v. Mitutoyo Corporation, et al. - C.A. No. 04-68S

Estate of Jude B. Henault, et al. v. American Foam Corporation, et al. - C.A. No. 03-483 T.

Katrina Kolasa f/k/a Katrina Buchka v. American Foam Corporation, et al. - C.A. No. 05-070 L

Securities and Exchange Commission v. Dennis Herula, et al - C.A. No. 02-154-ML

Rheaume Holdings, Ltd. v. Raymond James Financial Services, et al - C.A. No. 02-400ML

Charles Mesko et al., v. Cabletron Systems, Inc. - C.A. No. 99-408S

OK WFJ

OK RRL

MFM\USDC Court Excusal 05

Post-It™ brand fax transmittal memo 7671 | # of pages ▶ 2
To: Mike | From: Matt
Co. | Co.
Dept. | Phone #
Fax # 617 536-4400 | Fax #

<u>Marilyn Shannon McConaghy v. Sequa Corporation</u> - C.A. No. 92-0512T.

Respectfully submitted,

*[signature]*

Matthew F. Medeiros (#1856)
LITTLE, BULMAN, MEDEIROS &
 WHITNEY, P.C.
72 Pine Street – 5th Floor
Providence, RI 02903-2215
Tel: (401) 272-8080
Fax: (401) 521-3555

ENTER:                                    BY ORDER:

_____                    _____

Date: _____                          Date: _____


GRANTED except as to any emergency
matters that may occur during the
period of the excuse.

Ernest C. Torres, Chief, U.S. District Judge
Date: 8/26/05   By *[signature]*

OK MML