UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC., a Delaware corporation,<br>Plaintiff,<br><br>v.<br><br>GLENN THOMPSON and THOMPSON ENTERPRISES, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-11810-RGS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter an appearance on behalf of Lisa A. Tenerowicz as counsel for defendants GLENN THOMPSON and THOMPSON ENTERPRISES, INC. in the above-referenced action.

Respectfully submitted,

GLENN THOMPSON AND THOMPSON ENTERPRISES, INC.

By their attorneys,

_____
Michael L. Chinitz (BBO # 552915)
Lisa A. Tenerowicz (BBO# 654188)
Rose & Associates
29 Commonwealth Ave.
Boston, MA 02116
Tel.: (617) 536-0040
Fax.: (617) 536-4400

November 7, 2005