UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC., a Delaware corporation, Plaintiff, <br><br> v. <br><br> GLENN THOMPSON and THOMPSON ENTERPRISES, INC., Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-11810-RGS |

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY

Defendants Glenn Thompson and Splash Creations, Inc. (f/k/a Thompson Enterprises, Inc.) hereby move to extend the time within which they may file their opposition to Plaintiff Thompson Products, Inc.'s ("TPI") Motion to Disqualify, from November 28, 2005 through and including Monday, December 12, 2005.

As grounds for this motion, Defendants state that the additional time is necessary because defendants' lead counsel, Matthew F. Medeiros, has been out of state on a personal trip since November 10, 2005 and will be away through November 22, 2005. Attached to this motion is a copy of United States District Court Judge Ernest C. Torres' August 26, 2005 Order granting Mr. Medeiros' Petition for Excusal from proceedings in the United States District Court for the District of Rhode Island for the same period of time. In addition, immediately upon his return from his out of state trip, and following the interim Thanksgiving holiday, Mr. Medeiros has a previously-scheduled time-sensitive filing in another matter.

Counsel for TPI has assented to this Motion to Extend Time and no party will be prejudiced by the requested extension.

Respectfully submitted,

GLENN THOMPSON AND THOMPSON ENTERPRISES, INC.

By their attorneys,

_____
Matthew F. Medeiros (BBO #544915)
LITTLE MEDEIROS KINDER BULMAN
& WHITNEY, PC
72 Pine Street
Providence, RI  02903
Tel:    (401) 272-8080
Fax:    (401) 272-8195


/s/ Lisa A. Tenerowicz_____
Michael L. Chinitz (BBO # 552915)
Lisa A. Tenerowicz (BBO# 654188)
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA  02116
Tel:    (617) 536-0040
Fax:    (617) 536-4400


DATED:  November 21, 2005


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I hereby certify that on November 21, 2005, I spoke with plaintiff's counsel, Andrew D. Kang, in an effort to resolve or limit the issues presented by this motion and Mr. Kang gave me his assent to this motion.

/s/ Lisa A. Tenerowicz_____
Lisa A. Tenerowicz

So Ordered:


_____
Richard G. Stearns
United States District Judge
Entered:

*home*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND



IN RE:     MATTHEW F. MEDEIROS

### PETITION FOR EXCUSAL

Now comes Matthew F. Medeiros, Attorney, of the City of Providence, State of Rhode Island, and petitions this Court for permission to be excused from attendance for the dates of November 10, 2005 through November 22, 2005. For grounds, Petitioner states that he will be out of state on personal travel or on vacation.

Petitioner has the following cases presently pending, in which no hearings have been scheduled for any of the periods indicated:

A.T. Cross Securities Litigation - C. A. No. 00203 ML

Central Tools, Inc. v. Mitutoyo Corporation, et al. - C.A. No. 04-68S

Estate of Jude B. Henault, et al. v. American Foam Corporation, et al. - C.A. No. 03-483 T.

Katrina Kolasa f/k/a Katrina Buchka v. American Foam Corporation, et al. - C.A. No. 05-070 L

Securities and Exchange Commission v. Dennis Herula, et al - C.A. No. 02-154-ML

Rheaume Holdings, Ltd. v. Raymond James Financial Services, et al - C.A. No. 02-400ML

Charles Mesko et al., v. Cabletron Systems, Inc. - C.A. No. 99-408S

OK WES

OK RRL

MFM\USDC Court Excusal 05

Post-It™ brand fax transmittal memo 7671  # of pages ▶ 2
To Mike      From Matt
Co.          Co.
Dept.        Phone #
Fax # 617 536-4400   Fax #

<u>Marilyn Shannon McConaghy v. Sequa Corporation</u> - C.A. No. 92-05121.

                                            Respectfully submitted,

                                            _____
                                            Matthew F. Medeiros (#1856)
                                            LITTLE, BULMAN, MEDEIROS &
                                               WHITNEY, P.C.
                                            72 Pine Street – 5th Floor
                                            Providence, RI  02903-2215
                                            Tel:  (401) 272-8080
                                            Fax: (401) 521-3555

ENTER:                                    BY ORDER:

_____            _____

Date: _____                     Date: _____

                                     GRANTED except as to any emergency
                                     matters that may occur during the
                                     period of the excuse.

                                   Ernest C. Torres, Chief, U.S. District Judge
                                   Date: _8/26/05_ By _____

                                   OK MML

MFM\USDC Court Excusal 05