# Greenberg
# Traurig

Andrew D. Kang
Tel. 610.310.6096
Fax 610.310.6001
KangA@gtlaw.com

December 5, 2005    12/5/05

Civil Clerk
United States District Court
  for the District of Massachusetts
One Courthouse Way-Suite 2300
Boston, MA 02210

Re:   *Thompson Products, Inc. v. Glenn Thompson and Thompson Enterprises, Inc.*
      U.S.D.C.-District of Massachusetts - Case No. 05-11810 RGS

Dear Sir or Madam:

Please be advised that the Plaintiff, Thompson Products, Inc., does not oppose the Motion for Extension of Time to December 21, 2005 to File Response/Reply to Plaintiff's Motion for Preliminary Injunction filed by Defendants on December 1, 2005.

Thank you for your attention to this matter.

Very truly yours,

Andrew D. Kang

ADK/mls

cc:   Lisa A. Tenerowicz, Esq.

      Matthew F. Medeiros, Esq.

      Sandy T. Tucker, Esq.

Correct

bos-fs1\kanga\17126-1v03\12/5/05\90594.010100

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | One International Place | Boston, MA 02110 | Tel 617.310.6000 | Fax 617.310.6001 | www.gtlaw.com