IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC.,<br>      Plaintiff,<br><br>v.<br><br>GLENN THOMPSON, and THOMPSON<br>ENTERPRISES, INC.,<br>      Defendants. | Civil Action<br>No. 05-11810-RGS |

## DEFENDANTS' MOTION TO STRIKE
## THE DECLARATION OF EMERSON TALBOT BRIDDELL

Defendants Glenn Thompson and Splash Creations, Inc. (f/k/a Thompson Enterprises, Inc.) hereby move to strike the Declaration of Emerson Talbot Briddell that Plaintiff Thompson Products, Inc. filed in support of its Motion for a Preliminary Injunction. In support of this Motion, defendants rely upon the accompanying Memorandum.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of December, 2005, I caused to be delivered by hand the within Defendants' Motion to Strike the Declaration of Emerson Talbot Briddell to Terence P. McCourt, Esq. and Andrew T. Kang, Esq., Greenberg Traurig, LLP, One International Place, Boston, MA 02110, and a copy was also sent via overnight mail to Sandy Tucker, Esq., Williams Mullen, A Professional Corporation, 1021 East Cary Street (23219) P.O. Box 1320, Richmond, VA 23218-1320.

GLENN THOMPSON and
THOMPSON
ENTERPRISES, INC.

By their attorneys,

*Matthew F. Medeiros (by LAT)*
Matthew F. Medeiros (BBO #544915)
LITTLE MEDEIROS KINDER
BULMAN & WHITNEY, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

Michael L. Chinitz (BBO # 552915)
Lisa A. Tenerowicz (BBO # 654188)
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA 02116
Tel: (617) 536-0040
Fax: (617) 536-4400

DATED: December 21, 2005