**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| THOMPSON PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  05-11810-RGS |
| | ) | |
| GLENN THOMPSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION PURSUANT TO LOCAL RULE 7.1(B)(3) FOR LEAVE TO FILE**
**REPLY OF PLAINTIFF, THOMPSON PRODUCTS, INC.,**
**TO DEFENDANTS' OPPOSITION TO**
**PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL**

Pursuant to Local Rule 7.1(B)(3), Plaintiff, Thompson Products, Inc. ("TPI"),
respectfully requests leave to file a reply to Defendants' Opposition to Plaintiff's Motion
to Disqualify Counsel Mathew M. Medeiros (the filing being referred to hereinafter as the
"Opposition" and Mr. Medeiros and his firm being referred to as "Attorney Medeiros").
The Opposition is supported by the Affidavit of Glenn Thompson In Opposition to
Motion to Disqualify (hereinafter the "Affidavit").  Glenn Thompson was, of course,
Attorney Medeiros's primary TPI contact in the Prior Litigation as it ran its course over a
two-year period.  Both the Affidavit and the Opposition that relies upon it contain
incomplete, misleading and incorrect statements of material fact and opinion, as TPI will
show in a reply citing portions of Attorney Medeiros's own files from the Prior
Litigation, recently obtained by counsel for TPI, and the sworn statements of TPI
representatives identified in the Opposition and Affidavit.  Full development of the
record on the Motion to Disqualify, fairness to TPI, and the interest of the Court in

upholding and enforcing the rules of ethics that bind counsel appearing before it dictate that TPI be granted leave to reply to the Opposition.

WHEREFORE, TPI respectfully requests that this motion be granted.


**THOMPSON PRODUCTS, INC.**

By its attorneys,


/s/ Andrew D. Kang
Terence P. McCourt   (BBO #555784)
Andrew D. Kang       (BBO #637476)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: 617.310.6000
Fax: 617.310.6001

and

Sandy T. Tucker
Monica McCarroll
WILLIAMS MULLEN, A PROFESSIONAL CORPORATION
1021 East Cary Street (23219)
Post Office Box 1320
Richmond, VA 23218-1320
Tel: 804.783.6418
Fax: 804.783.6507

DATED: December 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Andrew D. Kang, hereby certify that on December 22, 2005, I conferred with counsel for Defendants and attempted in good faith to resolve the issues regarding *Defendants' Opposition to Plaintiff's Motion to Disqualify Counsel Mathew M. Medeiros.*

/s/ Andrew D. Kang
Andrew D. Kang

## CERTIFICATE OF SERVICE

I, Andrew D. Kang, hereby certify that on the 28th day of December, 2005, I served a copy of the foregoing by U.S. Mail to the following counsel of record:

Matthew F. Medeiros, Esq.
LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903

Michael S. Chinitz, Esq.
Lisa A. Tenerowicz, Esq.
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA 02110

/s/ Andrew D. Kang
Andrew D. Kang

1233124v2