UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC., a Delaware corporation,<br>    Plaintiff,<br><br>v.<br><br>GLENN THOMPSON and THOMPSON ENTERPRISES, INC.,<br>    Defendants. | C.A. No. 05-11810-RGS |

## CERTIFICATION OF DEFENDANTS IN ACCORDANCE WITH RULE 16.1(d)

Pursuant to Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the defendants hereby affirm that they have conferred with Glenn Thompson:

    a.    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Matthew F. Medeiros /s/                                Michael L. Chinitz /s/
_____            _____
Matthew F. Medeiros (BBO #544915)              Michael L. Chinitz (BBO # 552915)
LITTLE MEDEIROS KINDER BULMAN &          ROSE & ASSOCIATES
   WHITNEY, PC                                           29 Commonwealth Avenue
72 Pine Street                                                  Boston, MA  02116
Providence, RI  02903                                      Tel:    (617) 536-0040
Tel:    (401) 272-8080                                       Fax:    (617) 536-4400
Fax:    (401) 272-8195


Glenn Thompson /s/
_____
Glenn Thompson

## Certification

    I hereby certify that on this 13th day of January, 2006, I caused to be delivered by email and U.S. Mail the within Certification of Defendants in Accordance with Rule 16.1(d) to Andrew T. Kang, Esq., Greenberg Traurig, LLP, One International Place, Boston, MA 02110, and a copy was also sent via overnight mail to Sandy Tucker, Esq., Williams Mullen, A Professional Corporation, 1021 East Cary Street (23219) P.O. Box 1320, Richmond, VA 23218-1320.

_____
Lisa A. Tenerowicz