IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC., <br>     Plaintiff, <br><br> v. <br><br> GLENN THOMPSON, and THOMPSON ENTERPRISES, INC., <br>     Defendants. | Civil Action <br> No. 05-11810-RGS |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
ON COUNT III OF THE AMENDED COMPLAINT**

Defendants hereby move pursuant to Fed. R. Civ. P. 56 for summary judgment dismissing Count III of the Amended Complaint. In support of this Motion, defendants rely upon the accompanying Memorandum, Local Rule 56.1 Statement and Affidavit of Glenn Thompson.

- 2 -

        GLENN THOMPSON and
        SPLASH CREATIONS, INC.

        By their attorneys,


        /s/ Matthew F. Medeiros
        _____
        Matthew F. Medeiros (BBO #544915)
        LITTLE MEDEIROS KINDER BULMAN &
        WHITNEY, PC
        72 Pine Street
        Providence, RI  02903
        Tel:  (401) 272-8080
        Fax:  (401) 272-8195

        /s/ Lisa A. Tenerowicz
        _____
        Michael L. Chinitz (BBO # 552915)
        Lisa A. Tenerowicz (BBO # 654188)
        ROSE & ASSOCIATES
        29 Commonwealth Avenue
        Boston, MA  02116
        Tel:  (617) 536-0040
        Fax:  (617) 536-4400

DATED: February 2, 2006

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 2, 2006.

        /s/ Michael L. Chinitz
        _____
        Michael L. Chinitz, Esq.