UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC.,<br>    Plaintiff,<br><br>v.<br><br>GLENN THOMPSON, and THOMPSON<br>ENTERPRISES, INC.,<br>    Defendants. | Civil Action<br>No. 05-11810-RGS |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON COUNT III OF THE AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(B)(3) Defendants Glenn Thompson and Splash Creations, Inc. (f/k/a Thompson Enterprises, Inc.) respectfully request leave to file a Reply Memorandum in support of their Motion for Summary Judgment on Count III of the Amended Complaint. Defendants seek leave to file a reply in order to address some of the factual and legal errors contained in Plaintiff's Opposition Memorandum and to aid the Court in deciding Defendants' pending Motion for Summary Judgment. The Reply Memorandum accompanies this Motion.

WHEREFORE, Defendants respectfully request leave to file a Reply Memorandum in support of their Motion for Summary Judgment on Count III of the Amended Complaint.

- 1 -

- 2 -

        Respectfully submitted,

        GLENN THOMPSON and
        SPLASH CREATIONS, INC.

        By their attorneys,

        /s/ Matthew F. Medeiros
        _____
        Matthew F. Medeiros (BBO #544915)
        LITTLE MEDEIROS KINDER BULMAN &
        WHITNEY, PC
        72 Pine Street
        Providence, RI  02903
        Tel:  (401) 272-8080
        Fax:  (401) 272-8195

        /s/ Michael L. Chinitz
        _____
        Michael L. Chinitz (BBO # 552915)
        Lisa A. Tenerowicz (BBO # 654188)
        ROSE & ASSOCIATES
        29 Commonwealth Avenue
        Boston, MA  02116
        Tel:  (617) 536-0040
        Fax:  (617) 536-4400

DATED:  March 10, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.

        /s/ Michael L. Chinitz
        _____
        Michael L. Chinitz, Esq.