UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC., )<br>a Delaware corporation, )<br>       Plaintiff, )<br>        )<br>    v. )<br>        )<br>GLENN THOMPSON and )<br>THOMPSON ENTERPRISES, INC., )<br>       Defendants. )<br>        ) | C.A. No. 05-11810-RGS |

## **NOTICE OF CHANGE OF FIRM NAME**

Please take notice that the firm of Rose & Associates, attorneys for defendants Glenn Thompson and Thompson Enterprises, Inc. (now named Splash Creations, Inc.), has changed its name to Rose, Chinitz & Rose, effective as of June 1, 2006. The address, telephone number, and facsimile number of the firm have not changed.

                                           Respectfully submitted,

                                           GLENN THOMPSON and
                                           SPLASH CREATIONS, INC.

                                           By their attorneys,

                                           /s/ Michael L. Chinitz
                                           Michael L. Chinitz (BBO # 552915)
                                           Lisa A. Tenerowicz (BBO# 654188)
                                           ROSE, CHINITZ & ROSE
                                           29 Commonwealth Avenue
                                           Boston, MA  02116
                                           Tel: 617-536-0040
                                           Fax: 617-536-4400

Dated: June 1, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document and all attachments filed through the ECF system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail/FedEx/hand delivery to those indicated as non registered participants on June1, 2006.


/s/ Michael L. Chinitz
Michael L. Chinitz


Dated: June 1, 2006