UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMPSON PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-11810-RGS |
| | ) | |
| GLENN THOMPSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Defendants Glenn Thompson and Splash Creations, Inc. (f/k/a Thompson Enterprises, Inc.) hereby request a brief extension of time, from November 22, 2006 through and including December 4, 2006, within which they may file their opposition to Plaintiff Thompson Products, Inc.'s ("TPI") Motion to Enforce Settlement Agreement (Doc. # 62).

As grounds for this motion, Defendants state as follows:

1. TPI filed its Motion to Enforce Settlement Agreement on Wednesday, November 8, 2006.

2. Pursuant to Local Rule 7.1(B)(2), Defendants' opposition to TPI's motion is due on Wednesday, November 22, 2006.

3. Due to the Thanksgiving holiday, a brief extension is necessary in order for Defendants to have adequate time to consult with their counsel and respond to TPI's motion.

4. TPI has assented to this motion and no party will be prejudiced by the short extension.

| | |
|---|---|
| Assented to by, | Respectfully submitted, |
| THOMPSON PRODUCTS, INC. | GLENN THOMPSON and SPLASH CREATIONS, INC. |
| By its attorney | By their attorneys, |
| /s/ Andrew D. Kang | /s/ Matthew F. Medeiros |
| _____ | _____ |
| Terrence P. McCourt (BBO# 555784) | Matthew F. Medeiros (BBO #544915) |
| Andrew D. Kang (BBO#637476) | LITTLE MEDEIROS KINDER BULMAN & |
| GREENBERG TRAURIG, LLP | WHITNEY, PC |
| One International Place | 72 Pine Street |
| Boston, MA 02110 | Providence, RI 02903 |
| Tel:    (617) 310-6000 | Tel:    (401) 272-8080 |
| Fax:   (617) 310-6001 | Fax:   (401) 272-8195 |
| | |
| Sandy T. Tucker | /s/ Michael L. Chinitz |
| Monica McCarroll | _____ |
| WILLIAMS MULLEN, | Michael L. Chinitz (BBO # 552915) |
| A PROFESIONAL CORPORATION | Lisa A. Tenerowicz (BBO# 654188) |
| 1021 East Carey Street (23219) | ROSE, CHINITZ & ROSE |
| P.O. Box 1320 | 29 Commonwealth Avenue |
| Richmond, VA 23218-1320 | Boston, MA 02116 |
| Tel:    (804) 783-6418 | Tel:    (617) 536-0040 |
| Fax:   (804) 783-6507 | Fax:   (617) 536-4400 |

DATED:  November 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 22, 2006.

/s/ Michael L. Chinitz
_____
Michael L. Chinitz

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I hereby certify that on or about November 16, 2006 and on or about November 22, 2006, I communicated with plaintiff's counsel, Andrew D. Kang, in an effort to resolve or narrow the issues presented by this motion. Mr. Kang stated that he would assent to the requested extension.

/s/ Michael L. Chinitz
_____
Michael L. Chinitz

So Ordered:

_____
Richard G. Stearns
United States District Judge
Entered:

3