# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-11810-RGS |
| | ) |
| GLENN THOMPSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO OPPOSE PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff Thompson Products, Inc. ("TPI") and Defendants Glenn Thompson and Splash Creations, Inc. (f/k/a Thompson Enterprises, Inc.) jointly request an extension up to and including January 3, 2007, for the Defendants to file an opposition to TPI's Motion to Enforce Settlement Agreement (Doc. # 62).

As grounds for this motion, the parties state as follows:

1. The parties are working cooperatively toward resolving this matter and expect that they soon will be in a position to report the case as settled.

2. The parties believe that the requested extension is necessary to preserve the status quo in the interim.

3. The parties further request that, if they are unable to resolve this matter, the Court adjust the discovery schedule set forth in its July 12, 2006 Memorandum and Order on Motion for Summary Judgment on Count III of the Amended Complaint (Doc. # 61) as follows:

   a. Fact discovery to be extended by 90 days from the Court's decision on TPI's Motion to Enforce Settlement Agreement (Doc. # 62);

      b. Dispositive motions to be filed by 120 days from the Court's decision on TPI's Motion to Enforce Settlement Agreement (Doc. # 62);

      c. Responses to be filed no later than 150 days from the Court's decision on TPI's Motion to Enforce Settlement Agreement (Doc. # 62);

      d. All other terms of discovery to be governed by the provisions of the Local Rules unless otherwise ordered by the Court.

4. All parties have agreed to the relief requested in this motion and no party will be prejudiced by the requested extension.

WHEREFORE, Plaintiff TPI and Defendants Glenn Thompson and Splash Creations, Inc, jointly request an extension up to and including January 3, 2007, for the Defendants to file an opposition to TPI's Motion to Enforce Settlement Agreement (Doc. # 62).

Respectfully submitted,

| THOMPSON PRODUCTS, INC. | GLENN THOMPSON and SPLASH CREATIONS, INC. |
|---|---|
| By its attorneys, | By their attorneys, |

/s/ Andrew D. Kang                              /s/ Matthew F. Medeiros
_____    _____
Terrence P. McCourt (BBO# 555784)    Matthew F. Medeiros (BBO #544915)
Andrew D. Kang (BBO#637476)            LITTLE MEDEIROS KINDER BULMAN &
GREENBERG TRAURIG, LLP                    WHITNEY, PC
One International Place                            72 Pine Street
Boston, MA 02110                                    Providence, RI  02903
Tel:   (617) 310-6000                                Tel:   (401) 272-8080
Fax:   (617) 310-6001                                Fax:   (401) 272-8195


                                                              /s/ Lisa A. Tenerowicz
_____    _____
Sandy T. Tucker (admitted *pro hac vice*)    Michael L. Chinitz (BBO # 552915)
Monica McCarroll                                    Lisa A. Tenerowicz (BBO# 654188)
WILLIAMS MULLEN,                                ROSE, CHINITZ & ROSE
A PROFESIONAL CORPORATION        29 Commonwealth Avenue
1021 East Carey Street (23219)                Boston, MA  02116
P.O. Box 1320                                          Tel:   (617) 536-0040
Richmond, VA 23218-1320                      Fax:   (617) 536-4400
Tel:   (804) 783-6418
Fax:   (804) 783-6507

DATED:  December 1, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 1, 2006.

      /s/ Lisa A. Tenerowicz
      _____
      Lisa A. Tenerowicz


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

      Pursuant to Local Rule 7.1, I hereby certify that on or about December 1, 2006, I communicated with plaintiff's counsel, Sandy Tucker, in an effort to resolve or narrow the issues presented by this motion. Mr. Tucker stated that he and Andrew Kang would agree to the filing of a joint motion.

      /s/ Lisa A. Tenerowicz
      _____
      Lisa A. Tenerowicz


So Ordered:


_____
Richard G. Stearns
United States District Judge
Entered:

4