IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMPSON PRODUCTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLENN THOMPSON, *et al.*, )<br>)<br>Defendants. )<br>_____) | C.A. No.  05-11810-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) (1)(ii) it is hereby stipulated, by and among counsel for all parties, that this action may be dismissed with prejudice, each party to bear its own fees and costs.

**THOMPSON PRODUCTS, INC.**

By its attorneys,

/s/  Andrew D. Kang
Terence P. McCourt   (BBO #555784)
Andrew D. Kang       (BBO #637476)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA  02110
Tel:  617.310.6000
Fax:  617.310.6001

and

Sandy T. Tucker
Monica McCarroll
WILLIAMS MULLEN
A Professional Corporation
1021 East Cary Street (23219)
Post Office Box 1320
Richmond, VA  23218-1320
Tel:  804.783.6418
Fax:  804.783.6507

Dated: December 21  , 2006

**GLENN THOMPSON and
THOMPSON ENTERPRISES, INC.
(now SPLASH CREATIONS, INC.)**

By their attorneys

/s/  Matthew F. Medeiros
Matthew F. Medeiros(BBO #544915)
LITTLE MEDEIROS KINDER
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI  02903
Tel: (401) 272-8080
Fax: (401) 272-8195

/s/  Michael L. Chinitz
Michael L. Chinitz(BBO #552915)
Lisa A. Tenerowicz(BBO #654188)
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA  02110
Tel: (617) 536-0040
Fax: (617) 536-4400

## **CERTIFICATE OF SERVICE**

    I, Andrew D. Kang, hereby certify that on the 21st day of December, 2006, I served a copy of the foregoing Stipulation of Dismissal With Prejudice by First Class Mail to all counsel of record.

                                                           /s/ Andrew D. Kang
                                                           Andrew D. Kang